UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON DIVISION

CASE NO.: 5:22-cv-02263

BRYAN E. GLYNN,

    Plaintiff,

v.

THE BOYD WHOLESALE GROUP, LLC
DBA THE CEDAR ROOM,

    Defendant.

_____

## NOTICE OF SETTLEMENT

Plaintiff Bryan E. Glynn, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement and requests until June 9, 2023 in which to file a Notice of Dismissal.

Dated:  May 8, 2023

Respectfully submitted,

*/s/ Eliezer Lekht*
ELIEZER LEKHT
eliezer.lekht@sriplaw.com
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street
3rd Floor
Brooklyn, NY 11201
332.600.5599 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Bryan E. Glynn*

## CERTIFICATE OF SERVICE

    The undersigned does hereby certify that on May 8, 2023, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                       */s/ Eliezer Lekht*
                                       Eliezer Lekht

## SERVICE LIST

Mr. Ronald K. Starkey
Mr. Adam M. Runkle
Starkey & Runkle, LLC
638 W. Maple Street
Hartville, OH 44632
rks@starkeylawfirm.com
amr@starkeylawfirm.com
Attorneys for The Boyd Wholesale Group, LLC dba The Cedar Room