## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## AKRON DIVISION

### CASE NO.:  5:22-cv-02263

BRYAN E. GLYNN,

      Plaintiff,

v.

THE BOYD WHOLESALE GROUP, LLC
DBA THE CEDAR ROOM,

      Defendant.

### <u>STIPULATION OF DISMISSAL</u>

Plaintiff BRYAN E. GLYNN and Defendant THE BOYD WHOLESALE GROUP, LLC

DBA THE CEDAR ROOM, by and through their undersigned counsel, and pursuant to Fed. R.

Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the instant lawsuit, with prejudice,

with each party to bear its own costs, attorneys' fees and expenses.

Dated:  May 18, 2023            Respectfully submitted,


*/s/Eliezer Lekht*
ELIEZER LEKHT
eliezer.lekht@sriplaw.com
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SRIPLAW, P.A.**
175 Pearl Street
3rd Floor
Brooklyn, NY 11201
332.600.5599- Telephone
561.404.4353- Facsimile

*Counsel for Plaintiff Bryan E. Glynn*

*/s/Ronald K. Starkey (with permission)*
RONALD K. STARKEY
rks@starkeylawfirm.com

**STARKEY & RUNKLE, LLC**
638 W. Maple Street
Hartville, OH 44632
(330) 494-9077 - Telephone
(866) 247-1855 - Facsimile

*Counsel for Defendant The Boyd Wholesale
Group, LLC dba The Cedar Room*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that on May 18, 2023, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

*/s/Eliezer Lekht*
Eliezer Lekht

## <u>SERVICE LIST</u>

Mr. Ronald K. Starkey
Mr. Adam M. Runkle
Starkey & Runkle, LLC
638 W. Maple Street
Hartville, OH 44632
rks@starkeylawfirm.com
amr@starkeylawfirm.com
Attorneys for The Boyd Wholesale Group,
LLC dba The Cedar Room